**IN UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 1:24-CV-20631-BECERRA/SANCHEZ

TRANSPARK, LLC, a
Florida limited liability company,

*Plaintiff*,

v.

FTP INVESTMENT CORPORATION, a
California corporation.

*Defendant*.

_______________________________________/

**DEFENDANT'S ITEMIZATION OF COSTS IN SUPPORT OF ITS BILL OF COSTS**

Defendant, FTP INVESTMENT CORPORATION ("Defendant") pursuant to, 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54, and Local Rule 7.3(c), hereby file this Itemization of Costs in Support of its Bill of Costs and in support thereof states as follows:

| Date | Services | Amount |
|---|---|---|
| 11/4/2024 | Esquire-Depo Transcripts-Bart Seidler | $1,635.45 |
| 12/18/2024 | Esquire Depo Transcripts-Joseph R. Colletti | $481.85 |
| 1/27/2025 | Esquire Depo Transcripts-Bart Seidler | $594.80 |
| 1/29/2025 | Esquire-Depo Transcripts-Dana K. Kaufman | $600.00 |
| 2/20/2025 | Esquire Depo Transcripts-Dana K. Kaufman | $44.85 |
| 11/27/2024 | US Legal-Depo Transcripts-Gregory Mirmelli | $2,226.55 |
| 11/27/2024 | US Legal-Depo Transcripts-Gregory Mirmelli | $2,226.55 |
| 11/27/2024 | US Legal-Depo Video-Gregory Mirmelli | $1,529.77 |
| 11/27/2024 | US Legal-Depo Video-Gregory Mirmelli | $1,529.77 |
| 12/5/2024 | US Legal-Depo-Cancellation-Daniel Bortunk | $200.00 |
| 12/6/2024 | US Legal-Depo-Certificate of NA-Avrohom Roth | $260.00 |
| 1/7/2025 | US Legal-Depo-Daniel Bortunk | $275.00 |
| 1/7/2025 | US Legal-Depo Cancellation-Gregory Mirmelli | $200.00 |
| 1/8/2025 | US Legal-Depo Video Cancellation-Gregory Mirmelli | $260.00 |
| 1/13/2025 | US Legal-Depo Video-Gregory Mirmelli | $692.50 |
| 1/15/2025 | US Legal-Depo Transcripts-Andrew Kaplan | $1,178.40 |
| 1/20/2025 | US Legal-Depo Transcripts-Gregory Mirmelli | $1,746.65 |
| 8/13/2025 | US Legal-Depo Transcripts-Daniel Bortunk | $524.60 |

| | | |
|---|---|---|
| 8/18/2025 | US Legal-Depo Video-Gregory Mirmelli | $60.00 |
| 9/9/2024 | Process Server-R/C Truist Bank | $160.00 |
| 9/9/2024 | Process Server-R/C Robert Hertzberg | $160.00 |
| 9/9/2024 | Process Server-R/C Buchanan Ingersoll | $160.00 |
| 9/10/2024 | Process Server-R/C Carlton Fields | $160.00 |
| 9/12/2024 | Process Server-R/C Wells Fargo | $160.00 |
| 9/12/2024 | Process Server-R/C Ultrapark | $160.00 |
| 9/12/2024 | Process Server-R/C Joseph Saka | $285.00 |
| 9/12/2024 | Process Server-R/C Berkowitz Pollack | $160.00 |
| 10/25/2024 | Process Server- Wells Fargo | $80.00 |
| 10/28/2024 | Process Server-R/C City National | $80.00 |
| 11/13/2024 | Process Server- US Century Bank | $80.00 |
| 11/20/2024 | Process Server-R/C A. Roth & Co | $80.00 |
| 12/11/2024 | Process Server-Rosenbaum International | $160.00 |
| 12/20/2024 | Process Server-Nathan Heber | $80.00 |
| 12/23/2024 | Process Server-Non-Served-Daniel Bortunk | $80.00 |
| 12/23/2024 | Process Server-Non-Served-Daniel Bortunk | $80.00 |
| 12/23/2024 | Process Server-Non-Served-Gregory Mirmelli | $240.00 |
| 8/28/2025 | Process Server-Truist Bank | $160.00 |
| 9/11/2025 | Vernita Allen-Williams-Transcript | $46.40 |
| | **TOTAL:** | **$18,838.14** |