ESQUIRE DEPOSITION SOLUTIONS

***Invoice INV2941923***

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 11/4/2024 |
| **Terms** | Net 30 |
| **Due Date** | 12/4/2024 |

| | |
|---|---|
| **Client Number** | C21391 |
| **Esquire Office** | Miami |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Boyd Richards Parker & Colonnelli, P.L
100 S.E. Second St, Suite 2600
Miami FL 33131

**Services Provided For**
Boyd Richards Parker & Colonnelli - Miami
Nielsen, Marcus
100 S.E. Second St, Suite 2600
Miami FL 33131

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/23/2024 | J11869220 | Miami, FLORIDA | TRANSPARK LLC V. FTP INVESTMENT CORPORATION |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY - WI | Bart Seidler | 260 | 3.50 | | $910.00 |
| 7 DAY EXPEDITE | Bart Seidler | | 40% | | $364.00 |
| E-EXHIBITS B&W COPY | Bart Seidler | 300 | 0.65 | | $195.00 |
| E- EXHIBITS COLOR COPY | Bart Seidler | 33 | 0.65 | | $21.45 |
| LITIGATION SUPPORT PACKAGE | Bart Seidler | 1 | 55.00 | | $55.00 |
| CONDENSED TRANSCRIPT | Bart Seidler | 1 | 35.00 | | $35.00 |
| PROCESSING & COMPLIANCE | Bart Seidler | 1 | 55.00 | | $55.00 |

| | |
|---|---|
| **Subtotal** | 1,635.45 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,635.45 |
| **Amount Due** | 1,635.45 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Boyd Richards Parker & Colonnelli - Miami |
| **Client #** | C21391 |
| **Invoice #** | INV2941923 |
| **Invoice Date** | 11/4/2024 |
| **Due Date** | 12/4/2024 |
| **Amount Due** | **$1,635.45** |

ESQUIRE
DEPOSITION SOLUTIONS

***Invoice INV2982917***

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 12/18/2024 |
| **Terms** | Net 30 |
| **Due Date** | 1/17/2025 |

| | |
|---|---|
| **Client Number** | C21391 |
| **Esquire Office** | Miami |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Boyd Richards Parker & Colonnelli, P.L
100 S.E. Second St, Suite 2600
Miami FL 33131

**Services Provided For**
Boyd Richards Parker & Colonnelli - Miami
Nielsen, Marcus
100 S.E. Second St, Suite 2600
Miami FL 33131

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/12/2024 | J11282359 | Miami, FLORIDA | TRANSPARK LLC V. FTP INVESTMENT CORPORATION |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY - VC-WI | Joseph Colletti | 73 | 4.00 | $292.00 |
| E-EXHIBITS B&W COPY | Joseph Colletti | 37 | 0.65 | $24.05 |
| E- EXHIBITS COLOR COPY | Joseph Colletti | 32 | 0.65 | $20.80 |
| LITIGATION SUPPORT PACKAGE | Joseph Colletti | 1 | 55.00 | $55.00 |
| CONDENSED TRANSCRIPT | Joseph Colletti | 1 | 35.00 | $35.00 |
| PROCESSING & COMPLIANCE | Joseph Colletti | 1 | 55.00 | $55.00 |

| | |
|---|---|
| **Subtotal** | 481.85 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $481.85 |
| **Amount Due** | 481.85 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Boyd Richards Parker & Colonnelli - Miami |
| **Client #** | C21391 |
| **Invoice #** | INV2982917 |
| **Invoice Date** | 12/18/2024 |
| **Due Date** | 1/17/2025 |
| **Amount Due** | **$481.85** |

ESQUIRE
DEPOSITION SOLUTIONS

***Invoice INV3011612***

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 1/27/2025 |
| **Terms** | Net 30 |
| **Due Date** | 2/26/2025 |

| | |
|---|---|
| **Client Number** | C21391 |
| **Esquire Office** | Miami |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Boyd Richards Parker & Colonnelli, P.L
100 S.E. Second St, Suite 2600
Miami FL 33131

**Services Provided For**
Boyd Richards Parker & Colonnelli - Miami
Nielsen, Marcus
100 S.E. Second St, Suite 2600
Miami FL 33131

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/21/2025 | J12280706 | Miami, FLORIDA | TRANSPARK LLC V. FTP INVESTMENT CORPORATION |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY - WI | Bart Seidler 30b6 | 78 | 3.50 | | $273.00 |
| 6 DAY EXPEDITE | Bart Seidler 30b6 | | 50% | | $136.50 |
| E-EXHIBITS B&W COPY | Bart Seidler 30b6 | 41 | 0.65 | | $26.65 |
| E- EXHIBITS COLOR COPY | Bart Seidler 30b6 | 21 | 0.65 | | $13.65 |
| LITIGATION SUPPORT PACKAGE | Bart Seidler 30b6 | 1 | 55.00 | | $55.00 |
| CONDENSED TRANSCRIPT | Bart Seidler 30b6 | 1 | 35.00 | | $35.00 |
| PROCESSING & COMPLIANCE | Bart Seidler 30b6 | 1 | 55.00 | | $55.00 |

| | |
|---|---|
| **Subtotal** | 594.80 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $594.80 |
| **Amount Paid** | 594.80 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Boyd Richards Parker & Colonnelli - Miami |
| **Client #** | C21391 |
| **Invoice #** | INV3011612 |
| **Invoice Date** | 1/27/2025 |
| **Due Date** | 2/26/2025 |
| **Amount Due** | **$0.00** |

ESQUIRE
DEPOSITION SOLUTIONS

***Invoice INV3014004***

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Date** 1/29/2025
**Terms** Net 30
**Due Date** 2/28/2025

**Client Number** C21391
**Esquire Office** Miami
**Proceeding Type** Deposition
**Name of Insured**
**Adjuster**
**Firm Matter/File #**
**Client VAL ID**
**Date of Loss**

**Bill To**
Boyd Richards Parker & Colonnelli, P.L
100 S.E. Second St, Suite 2600
Miami FL 33131

**Services Provided For**
Boyd Richards Parker & Colonnelli - Miami
Nielsen, Marcus
100 S.E. Second St, Suite 2600
Miami FL 33131

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/8/2025 | J12236694 | Miami, FLORIDA | TRANSPARK LLC V. FTP INVESTMENT CORPORATION |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY - WI | Dana Kaufman, J.D., CPA, CVA, CFE | 130 | 3.50 | $455.00 |
| LITIGATION SUPPORT PACKAGE | Dana Kaufman, J.D., CPA, CVA, CFE | 1 | 55.00 | $55.00 |
| CONDENSED TRANSCRIPT | Dana Kaufman, J.D., CPA, CVA, CFE | 1 | 35.00 | $35.00 |
| PROCESSING & COMPLIANCE | Dana Kaufman, J.D., CPA, CVA, CFE | 1 | 55.00 | $55.00 |

| | |
|---|---|
| **Subtotal** | 600.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $600.00 |
| **Amount Due** | 600.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

**Client Name** Boyd Richards Parker & Colonnelli - Miami
**Client #** C21391
**Invoice #** INV3014004
**Invoice Date** 1/29/2025
**Due Date** 2/28/2025
**Amount Due** **$600.00**

ESQUIRE
DEPOSITION SOLUTIONS

***Invoice INV3033126***

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Date** 2/20/2025
**Terms** Net 30
**Due Date** 3/22/2025

**Client Number** C21391
**Esquire Office** Miami
**Proceeding Type** Deposition
**Name of Insured**
**Adjuster**
**Firm Matter/File #**
**Client VAL ID**
**Date of Loss**

**Bill To**
Boyd Richards Parker & Colonnelli, P.L
100 S.E. Second St, Suite 2600
Miami FL 33131

**Services Provided For**
Boyd Richards Parker & Colonnelli - Miami
Nielsen, Marcus
100 S.E. Second St, Suite 2600
Miami FL 33131

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/8/2025 | J12236694 | Miami, FLORIDA | TRANSPARK LLC V. FTP INVESTMENT CORPORATION |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| PRO-02 COPY PRODUCTION | Dana Kaufman, J.D., CPA, CVA, CFE | 1 | 0.00 | | $0.00 |
| WORD INDEX | Dana Kaufman, J.D., CPA, CVA, CFE | 27 | 0.00 | | $0.00 |
| CONDENSED TRANSCRIPT | Dana Kaufman, J.D., CPA, CVA, CFE | 1 | 0.00 | | $0.00 |
| E-EXHIBITS B&W COPY | Dana Kaufman, J.D., CPA, CVA, CFE | 62 | 0.65 | | $40.30 |
| E- EXHIBITS COLOR COPY | Dana Kaufman, J.D., CPA, CVA, CFE | 7 | 0.65 | | $4.55 |

| | |
|---|---|
| **Subtotal** | 44.85 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $44.85 |
| **Amount Paid** | 44.85 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

**Client Name** Boyd Richards Parker & Colonnelli - Miami
**Client #** C21391
**Invoice #** INV3033126
**Invoice Date** 2/20/2025
**Due Date** 3/22/2025
**Amount Due** **$0.00**

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240845944-12 | 11/27/2024 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6739203 | 11/14/2024 | - |

**Case Name**

Transpark, LLC v. FTP Investment Corporation

**Case No.**

24CV20631BECERRASANCHEZ

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 1.00 | Hours | $95.00 | $95.00 |
| Parking | 1.00 | N/A | $20.00 | $20.00 |
| ORIGINAL TRANSCRIPT OF: Gregory Mirmelli | | | | |
| Original | 283.00 | Pages | $4.80 | $1,358.40 |
| Exhibit | 566.00 | Pages | $0.65 | $367.90 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Video Pages | 227.00 | Pages | $0.75 | $170.25 |

| | |
|---|---|
| **Total Due** | **$2,226.55** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **-** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20240845944-12
**Invoice Date:** 11/27/2024
**Balance Due:** $0.00

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240846719-12 | 11/27/2024 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6739203 | 11/14/2024 | - |

**Case Name**

Transpark, LLC v. FTP Investment Corporation

**Case No.**

24CV20631BECERRASANCHEZ

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 1.00 | Hours | $95.00 | $95.00 |
| Parking | 1.00 | N/A | $20.00 | $20.00 |
| ORIGINAL TRANSCRIPT OF: Gregory Mirmelli | | | | |
| Original | 283.00 | Pages | $4.80 | $1,358.40 |
| Exhibit | 566.00 | Pages | $0.65 | $367.90 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Video Pages | 227.00 | Pages | $0.75 | $170.25 |

| | |
|---|---|
| **Total Due** | **$2,226.55** |
| **(-) Payments/Credits** | **$2,226.55** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **-** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20240846719-12
**Invoice Date:** 11/27/2024
**Balance Due:** $0.00

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240847216-12 | 11/27/2024 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6739203 | 11/14/2024 | - |

**Case Name**

Transpark, LLC v. FTP Investment Corporation

**Case No.**

24CV20631BECERRASANCHEZ

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| VIDEOGRAPHY SERVICES OF: Gregory Mirmelli | | | | |
| Parking | 1.00 | N/A | $4.77 | $4.77 |
| Media Stock | 1.00 | N/A | $25.00 | $25.00 |
| Professional Legal Videography | 8.00 | Hours | $180.00 | $1,440.00 |
| Video Handling & Processing | 1.00 | N/A | $25.00 | $25.00 |
| Video Technology Package | 1.00 | N/A | $35.00 | $35.00 |
| Video File Client Portal Upload - No Charge | 1.00 | N/A | - | - |
| | **Total Due** | | | **$1,529.77** |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **-** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20240847216-12
**Invoice Date:** 11/27/2024
**Balance Due:** $0.00

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
| --- | --- | --- |
| 20240847234-12 | 11/27/2024 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6739203 | 11/14/2024 | $1,759.24 |

**Case Name**

Transpark, LLC v. FTP Investment Corporation

**Case No.**

24CV20631BECERRASANCHEZ

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
| --- | --- | --- |
| Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
| --- | --- | --- | --- | --- |
| VIDEOGRAPHY SERVICES OF: Gregory Mirmelli | | | | |
| Parking | 1.00 | N/A | $4.77 | $4.77 |
| Media Stock | 1.00 | N/A | $25.00 | $25.00 |
| Professional Legal Videography | 8.00 | Hours | $180.00 | $1,440.00 |
| Video Handling & Processing | 1.00 | N/A | $25.00 | $25.00 |
| Video Technology Package | 1.00 | N/A | $35.00 | $35.00 |
| Video File Client Portal Upload - No Charge | 1.00 | N/A | - | - |
| | **Total Due** | | | **$1,529.77** |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$229.47** |
| | **(=) New Balance** | | | **$1,759.24** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20240847234-12
**Invoice Date:** 11/27/2024
**Balance Due:** $1,759.24

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240851263-12 | 12/5/2024 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6752572 | 12/3/2024 | - |

| Case Name |
|---|
| Transpark, LLC v. FTP Investment Corporation |

| Case No. |
|---|
| 24CV20631BECERRASANCHEZ |

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Boyd Richards Parker & Colonnelli, P.L.<br>100 S. E. Second Street Suite 2600<br>Miami FL 33131 | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| LATE CANCELLATION: Daniel Bortunk | | | | |
| Late Cancellation | 1.00 | N/A | $200.00 | $200.00 |
| | **Total Due** | | | **$200.00** |
| | **(-) Payments/Credits** | | | **$200.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **-** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20240851263-12
**Invoice Date:** 12/5/2024
**Balance Due:** $0.00

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20240851519-12 | 12/6/2024 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6752573 | 12/4/2024 | $299.00 |

**Case Name**

Transpark, LLC v. FTP Investment Corporation

**Case No.**

24CV20631BECERRASANCHEZ

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Boyd Richards Parker & Colonnelli, P.L.<br>100 S. E. Second Street Suite 2600<br>Miami FL 33131 | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| CERTIFICATE OF NON-APPEARANCE OF: Avrohom N. Roth | | | | |
| Original - Certificate of Non-Appearance | 1.00 | Pages | $35.00 | $35.00 |
| Certification of Non-Appearance | 1.00 | N/A | $225.00 | $225.00 |
| | **Total Due** | | | **$260.00** |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$39.00** |
| | **(=) New Balance** | | | **$299.00** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20240851519-12
**Invoice Date:** 12/6/2024
**Balance Due:** $299.00

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20250876165-12 | 1/7/2025 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6781286 | 1/7/2025 | $316.25 |

**Case Name**

Transpark, LLC v. FTP Investment Corporation

**Case No.**

24CV20631BECERRASANCHEZ

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| RemoteDepo (Virtual Room) | 1.00 | N/A | - | - |
| No Write - Hourly | 2.00 | Hours | $125.00 | $250.00 |
| NON-TRANSCRIBED DEPOSITION OF: Daniel Bortunk | | | | |
| Archival Fee | 1.00 | N/A | $25.00 | $25.00 |

| | |
|---|---|
| **Total Due** | **$275.00** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$41.25** |
| **(=) New Balance** | **$316.25** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20250876165-12
**Invoice Date:** 1/7/2025
**Balance Due:** $316.25

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
| --- | --- | --- |
| 20250875148-12 | 1/7/2025 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6780277 | 1/6/2025 | - |

**Case Name**

Transpark, LLC v. FTP Investment Corporation

**Case No.**

24CV20631BECERRASANCHEZ

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
| --- | --- | --- |
| Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
| --- | --- | --- | --- | --- |
| SCHEDULED DEPOSITION OF: Gregory Mirmelli | | | | |
| Late Cancellation | 1.00 | N/A | $200.00 | $200.00 |

***Credit of $200.00 applied – Client courtesy – waive late cancellation charge***

| | |
| --- | --- |
| **Total Due** | **$200.00** |
| **(-) Payments/Credits** | **$200.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **-** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20250875148-12
**Invoice Date:** 1/7/2025
**Balance Due:** $0.00

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20250876859-12 | 1/8/2025 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6780277 | 1/6/2025 | - |

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

| Case Name |
|---|
| Transpark, LLC v. FTP Investment Corporation |

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Case No. |
|---|
| 24CV20631BECERRASANCHEZ |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| VIDEO LATE CANCELLATION: Gregory Mirmelli | | | | |
| Video Late Cancellation | 1.00 | N/A | $260.00 | $260.00 |

***Credit of $260.00 applied – Client courtesy – waive late cancellation charge***

| | |
|---|---|
| **Total Due** | **$260.00** |
| **(-) Payments/Credits** | **$260.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **-** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20250876859-12
**Invoice Date:** 1/8/2025
**Balance Due:** $0.00

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20250879679-12 | 1/13/2025 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6782723 | 1/8/2025 | $796.38 |

**Case Name**

Transpark, LLC v. FTP Investment Corporation

**Case No.**

24CV20631BECERRASANCHEZ

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Parking | 1.00 | N/A | $20.00 | $20.00 |
| Professional Legal Videography | 3.50 | Hours | $185.00 | $647.50 |
| VIDEOGRAPHY SERVICES OF: Gregory Mirmelli | | | | |
| Media Stock | 1.00 | N/A | $25.00 | $25.00 |
| | **Total Due** | | | **$692.50** |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$103.88** |
| | **(=) New Balance** | | | **$796.38** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20250879679-12
**Invoice Date:** 1/13/2025
**Balance Due:** $796.38

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20250881424-12 | 1/15/2025 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6781632 | 1/5/2025 | $1,355.16 |

**Case Name**

Transpark, LLC v. FTP Investment Corporation

**Case No.**

24CV20631BECERRASANCHEZ

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance - Additional Hours | 0.50 | Hours | $95.00 | $47.50 |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Weekends & Holidays (Half Day) | 1.00 | N/A | $400.00 | $400.00 |
| ORIGINAL TRANSCRIPT OF: Andrew Kaplan | | | | |
| Original | 74.00 | Pages | $4.80 | $355.20 |
| Exhibit | 43.00 | Pages | $0.65 | $27.95 |
| Exhibits (Color) | 72.00 | Pages | $1.25 | $90.00 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Expert/Technical Pages | 57.00 | Pages | $0.75 | $42.75 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |

| | |
|---|---|
| **Total Due** | **$1,178.40** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$176.76** |
| **(=) New Balance** | **$1,355.16** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20250881424-12
**Invoice Date:** 1/15/2025
**Balance Due:** $1,355.16

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20250885114-12 | 1/20/2025 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6782723 | 1/8/2025 | $2,008.65 |

**Case Name**
Transpark, LLC v. FTP Investment Corporation

**Case No.**
24CV20631BECERRASANCHEZ

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: Gregory Mirmelli | | | | |
| Original | 83.00 | Pages | $4.80 | $398.40 |
| Exhibit | 970.00 | Pages | $0.65 | $630.50 |
| Exhibits (Color) | 239.00 | Pages | $1.25 | $298.75 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Appearance - Additional Hours | 1.50 | Hours | $95.00 | $142.50 |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Video Pages | 42.00 | Pages | $0.75 | $31.50 |
| Read & Sign Service | 1.00 | N/A | $30.00 | $30.00 |

| | |
|---|---|
| **Total Due** | **$1,746.65** |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$262.00** |
| **(=) New Balance** | **$2,008.65** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20250885114-12
**Invoice Date:** 1/20/2025
**Balance Due:** $2,008.65

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20251073494-12 | 8/13/2025 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6781286 | 1/7/2025 | $603.29 |

**Case Name**

Transpark, LLC v. FTP Investment Corporation

**Case No.**

24CV20631BECERRASANCHEZ

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: Daniel Bortunk | | | | |
| Original | 77.00 | Pages | $4.80 | $369.60 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| DepoSummary Pro | 1.00 | N/A | $35.00 | $35.00 |
| | **Total Due** | | | **$524.60** |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$78.69** |
| | **(=) New Balance** | | | **$603.29** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

Transcript summaries are produced and delivered within 48 hours of transcript delivery.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20251073494-12
**Invoice Date:** 8/13/2025
**Balance Due:** $603.29

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20251077605-12 | 8/18/2025 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6782723 | 1/8/2025 | $69.00 |

**Case Name**

Transpark, LLC v. FTP Investment Corporation

**Case No.**

24CV20631BECERRASANCHEZ

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404 Fax: 305-358-1427**

**Marcus Nielsen, Esquire**
**Boyd Richards Parker & Colonnelli, P.L.**
**100 Southeast 2nd Street Suite 2600**
**Miami FL 33131**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Marcus Nielsen, Esquire<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 Southeast 2nd Street Suite 2600<br>Miami FL 33131 | Client Matter No:11180-014<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| VIDEOGRAPHY SERVICES OF: Gregory Mirmelli | | | | |
| Video Technology Package | 1.00 | N/A | $35.00 | $35.00 |
| Video Handling & Processing | 1.00 | N/A | $25.00 | $25.00 |
| Video File Client Portal Upload - No Charge | 1.00 | N/A | - | - |
| | **Total Due** | | | **$60.00** |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$9.00** |
| | **(=) New Balance** | | | **$69.00** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20251077605-12
**Invoice Date:** 8/18/2025
**Balance Due:** $69.00

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

GORMAN PROCESS SERVICE, LLC
11767 South Dixie Highway
Suite 201
Miami, FL 33156
Phone: (305) 971-9636
Fax: (305) 255-7072
Tax I.D. #47-2537971

# CASE REPORT

BOYD RICHARDS PARKER & COLONELLI P.L.
100 S.E. 2 STREET
SUITE 2600
MIAMI, FL 33131

Case Number: SOUTHERN 24-20631

TRANSPARK LLC
vs.
FTP INVESTMENT CORPORATION

Reference Number: NANETTE BAUZA NO FILE #

**JOB SUMMARY FOR THIS CASE**

| Job | Status | Completed | Party To Be Served | Type of Service | | Amount |
|---|---|---|---|---|---|---|
| 2024002765 | Served | 9/9/2024 | RC- Truist Bank c/o Corporation Service Company<br>Actual Person Served: ALICE MADDOX | AUTHORIZED | | $160.00 |
| | Payments for this Job | | | | | |
| | 11/21/2024 | Check #06558 | Final Payment | | 160.00 | |
| 2024002766 | Served | 9/9/2024 | RC- Robert Hertzberg, P.A.<br>Actual Person Served: LUIS FONSECA | AUTHORIZED | | $160.00 |
| | Payments for this Job | | | | | |
| | 11/21/2024 | Check #06558 | Final Payment | | 160.00 | |
| 2024002767 | Served | 9/10/2024 | RC- CARLTON FILEDS P.A.<br>Actual Person Served: Curtis Spratley | CORPORATE-EMPLOYEE OF THE R/A | | $160.00 |
| | Payments for this Job | | | | | |
| | 11/21/2024 | Check #06558 | Final Payment | | 160.00 | |
| 2024002768 | Served | 9/9/2024 | RC- Buchanan Ingersoll & Rooney PC<br>Actual Person Served: Donna Moch -RC- | CORPORATE-EMPLOYEE OF THE R/A | | $160.00 |
| | Payments for this Job | | | | | |
| | 11/21/2024 | Check #06558 | Final Payment | | 160.00 | |

**CASE REPORT 24-20631**

| Job | Status | Completed | Party To Be Served | Type of Service | Amount |
|---|---|---|---|---|---|
| 2024002816 | Served | 9/12/2024 | RC- WELLS FARGO BANK N.A. c/o Corporation Service Company<br>Actual Person Served: DENNIS RATLIFF | AUTHORIZED | $160.00 |
| | Payments for this Job | | | | |
| | 11/21/2024 | Check #06558 | Final Payment | 160.00 | |
| 2024002817 | Served | 9/12/2024 | RC- Ultrapark, LLC, c/o Greg L. Mirmelli<br>Actual Person Served: ADRIAN M. | SUBSTITUTE - PRIVATE MAILBOX | $160.00 |
| | Payments for this Job | | | | |
| | 11/21/2024 | Check #06558 | Final Payment | 160.00 | |
| 2024002818 | Served | 9/12/2024 | RC- JOSEPH SAKA<br>Actual Person Served: DIANA T. | AUTHORIZED | $285.00 |
| | Payments for this Job | | | | |
| | 11/21/2024 | Check #06558 | Final Payment | 285.00 | |
| 2024002819 | Served | 9/12/2024 | RC- Berkowitz Pollack Brant Advisors + CPAs, LLP d/b/a Berkowitz Pollack Brant<br>Actual Person Served: DIANA T. | AUTHORIZED | $160.00 |
| | Payments for this Job | | | | |
| | 11/21/2024 | Check #06558 | Final Payment | 160.00 | |
| 2024003349 | Served | 10/28/2024 | RC- City National Capital Finance, LLC<br>Actual Person Served: RC- Jonida Karamuco | AUTHORIZED | $80.00 |
| | Payments for this Job | | | | |
| | 12/26/2024 | Check #5814 | Final Payment | 80.00 | |
| 2024003350 | Served | 10/25/2024 | WELLS FARGO C/O CORPORATION SERVICE COMPANY<br>Actual Person Served: MONALISA HART | AUTHORIZED | $80.00 |
| | Payments for this Job | | | | |
| | 12/26/2024 | Check #5814 | Final Payment | 80.00 | |
| 2024003510 | Served | 11/13/2024 | US CENTURY BANK<br>Actual Person Served: Martha Lopez | AUTHORIZED | $80.00 |
| | Payments for this Job | | | | |
| | 12/26/2024 | Check #5814 | Final Payment | 80.00 | |

**CASE REPORT 24-20631**

| Job | Status | Completed | Party To Be Served | Type of Service | Amount |
|---|---|---|---|---|---|
| 2024003544 | Served | 11/20/2024 | RC- A. Roth & Co. Public Accountants, Inc<br>Actual Person Served: Avrohom Roth | CORPORATE - REGISTERED AGENT | $80.00 |
| | Payments for this Job<br>12/26/2024 Check #5814 Final Payment | | | 80.00 | |
| 2024003545 | Non-Served | 12/23/2024 | DANIEL BORTUNK | NON-SERVE - COMMENTS | $80.00 |
| 2024003546 | Served | 12/11/2024 | Rosenbaum International Law Firm, P.A.<br>Actual Person Served: MARIA ROSENBAUM | SUBSTITUTE - RESIDENTIAL | $160.00 |
| 2024003711 | Non-Served | 12/23/2024 | RECORDS CUSTODIAN DANIEL BORTUNK | NON-SERVE - COMMENTS | $80.00 |
| 2024003747 | Non-Served | 12/23/2024 | RECORDS CUSTODIAN GREGORY MIRMELLI | NON-SERVE - COMMENTS | $240.00 |
| 2024003873 | Served | 12/20/2024 | RECORDS CUSTODIAN NATHAN HEBER | INDIVIDUAL/PERSONAL | $80.00 |
| 2025002577 | Served | 8/28/2025 | Truist Bank c/o Corporation Service Company<br>Actual Person Served: THOMAS PEACE | AUTHORIZED | $160.00 |
| | | | | **TOTAL AMOUNT** | **$2,525.00** |
| | | | | **AMOUNT DUE** | **$800.00** |

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Invoice No.: 20250333

Steven J. Mitchel
Boyd Richards Parker & Colonnelli, P.L.
100 SE 2nd Street
Suite 2600
Miami, FL 33131
(786) 425-1045

**MAKE CHECKS PAYABLE TO:**
VERNITA ALLEN-WILLIAMS, RMR, FCRR
Official Court Reporter
400 North Miami Avenue
Court Reporter Section
Miami, FL 33128
(305) 523-5938
Vernita_Allen-Williams@flsd.uscourts.gov
Tax ID: 32-0308076

__ CRIMINAL X CIVIL

DATE ORDERED: 09-11-2025

DATE DELIVERED:

**In the matter of:** 24-CV-20631-JB, Transpark, LLC v FTP Investment Corporation, et al.

Motion hearing held 6/17/25 before U.S. District Judge Jacqueline Becerra

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | 32 | 1.45 | 46.40 | | | | 46.40 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 46.40 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 46.40 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Vernita Allen-Williams

DATE: 09-11-2025

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR