**Marcus A. Nielsen**

**From:** Marlon F. Zelaya
**Sent:** Tuesday, April 1, 2025 5:38 PM
**To:** joe@pardolawmiami.com; Melissa Mackiewicz
**Cc:** Marcus A. Nielsen; Steven J. Mitchel; Nicole D. Leon; Mayelen Couto; Denisse A. Morales; Deborah E. Koch; Nanette Bauza
**Subject:** SERVICE OF COURT DOCUMENTS/ CASE NO: 24-CV-20631/ TRANSPARK, LLC v. FTP INVESTMENT CORPORATION
**Attachments:** FTP PFS to Plaintiff.pdf

| | |
|---|---|
| **Court in which proceeding is pending:** | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA |
| **Case Number:** | 24-CV-20631 |
| **Case Name:** | TRANSPARK, LLC v. FTP INVESTMENT CORPORATION |
| **Document(s) served:** | • ***Defendant, FTP Investment Corporation's Proposal for Settlement to Plaintiff Transpark, LLC*** |
| **Sender's Name & Telephone Number:** | MARCUS A. NIELSEN, ESQ.<br>STEVEN J. MITCHEL, ESQ.<br>NICOLE D. LEON, ESQ.<br>(786) 425-1045 |
| | |

***Marlon Zelaya***
*Legal Assistant Manager*
*Boyd Richards Parker & Colonnelli, P.L.*
*100 S.E. Second Street, Suite 2600*
*Miami, Florida 33131*
*(786) 584-8678 Direct*
*(786) 425-1045 Telephone*
*(786) 425-3905 Facsimile*
*Mzelaya@boydlawgroup.com*
*SERVICE PLEADINGS: Servicemia@boydlawgroup.com*

*Miami – Fort Lauderdale – Tampa – West Palm Beach – New York*
*www.boydlawgroup.com*

*This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by telephone and permanently delete the original and any copy of any e-mail and any printed copies thereof. Thank you.*

**IN UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:24-CV-20631-BECERRA/SANCHEZ

TRANSPARK, LLC, a
Florida limited liability company,

*Plaintiff*,

v.

FTP INVESTMENT CORPORATION, a
California corporation.

*Defendant*.
_______________________________________/

**DEFENDANT, FTP INVESTMENT CORPORATION'S PROPOSAL FOR SETTLEMENT TO PLAINTIFF TRANSPARK, LLC**

Defendant, FTP INVESTMENT CORPORATION, by and through undersigned counsel, hereby serves this Proposal for Settlement pursuant to Section 768.79, Florida Statutes. The Proposal for Settlement is as follows:

1. **PARTY MAKING THE PROPOSAL:** Defendant, FTP INVESTMENT CORPORATION.

2. **PARTY TO WHOM THE PROPOSAL IS BEING MADE:** Plaintiff, TRANSPARK, LLC.

3. **CLAIMS THE PROPOSAL SEEKS TO RESOLVE:** This proposal seeks to resolve all damages that would otherwise be awarded in a final judgment to Plaintiff, TRANSPARK, LLC, against Defendant, FTP INVESTMENT CORPORATION, in the above-styled action for all counts alleged by Plaintiff, TRANSPARK, LLC, against Defendant, FTP INVESTMENT CORPORATION in Plaintiff's Third Amended Complaint.

4. **TOTAL AMOUNT OF PROPOSAL:** Defendant, FTP INVESTMENT CORPORATION, proposes to resolve all Plaintiff, TRANSPARK, LLC's claims against Defendant, FTP INVESTMENT CORPORATION, in the above-styled action for the sum of Four Hundred and Five Thousand Dollars ($405,000).

5. **NON-MONETARY TERMS:** Upon acceptance of this proposal, Plaintiff, TRANSPARK, LLC, shall file a voluntary dismissal of all of its claims against Defendant, FTP INVESTMENT CORPORATION in this action with prejudice.

6. **AMOUNT PROPOSED TO SETTLE CLAIM FOR PUNITIVE DAMAGES, IF ANY:** This proposal is inclusive of Plaintiff, TRANSPARK, LLC's claim for punitive damages against Defendant, FTP INVESTMENT CORPORATION in the above-styled action.

7. **ATTORNEYS' FEES:** This proposal is inclusive of attorneys' fees and costs since Plaintiff, TRANSPARK, LLC, has asserted a claim for entitlement of recovery of attorneys' fees and costs against Defendant, FTP INVESTMENT CORPORATION.

Dated: April 1, 2025.

Respectfully submitted,

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**
*Counsel for Defendant*
100 S.E. 2nd Street, Suite 2600
Miami, Florida 33131
Tel: (786) 425-1045
Fax: (786) 425-3905

By: /s/ *Marcus A. Nielsen*
**Marcus A. Nielsen, Esq.**
Florida Bar No. 1010803
mnielsen@boydlawgroup.com
ServiceMia@boydlawgroup.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 1, 2025, I served the foregoing documents on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Marcus A. Nielsen*
**Marcus A. Nielsen**
Florida Bar No. 1010803
mnielsen@boydlawgroup.com

**SERVICE LIST**

**Joseph I. Pardo, Esq.**
Pardo Law PLLC
1205 Lincoln Road, Suite 211
Miami Beach, Florida 33139
Telephone: (305) 3308-7388
Email: joe@pardolawmiami.com
*Counsel for Plaintiff Transpark, LLC*